UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONALD QUIRK, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:00CV1042 (DJS)(TPS) |
| | : | |
| v. | : | |
| | : | |
| GARRELL MULLANEY, ET AL. | : | |
| *Defendants* | : | NOVEMBER 12, 2003 |

## THIRD MOTION FOR SANCTIONS

Defendants in this matter move, pursuant to Fed. R. Civ. P. 37(b)(2) for an order dismissing this case based upon plaintiff's failure to comply with the Order of the Honorable United States Magistrate Judge Thomas P. Smith dated October 9, 2003 (hereinafter "the Order"). (The Order is attached as Exhibit A to this Motion). Defendants also request that this Court grant reasonable attorney's fees pursuant to Fed. R. Civ. P. 37(b). The original interrogatories were served in July of 2002.

In this Order, the Court ordered plaintiff to "properly respond to all interrogatories and provide the defendants with copies of the documents they require within thirty days of this order or the court may well impose this drastic measure [dismissal]." Exhibit A.

It has been more than thirty (30) days since the Court issued its Order. Defendants have received **no response whatsoever** from plaintiff. See Affidavit of Counsel attached as Exhibit B to this Motion. Plaintiff continues to act in bad faith and waste this Court's valuable time. The Court has been patient with plaintiff and given him every opportunity to comply with discovery requests and the Orders of this Court. Plaintiff has chosen not to do so. Plaintiff's

case should be dismissed for failure to comply with the Court's Order and failure to comply with reasonable discovery requests. (Plaintiff's failure to comply with discovery requests is also the subject of defendants' Motion for Sanctions and Second Motion for Sanctions with attached memorandum of law).

    For the foregoing reasons, defendants respectfully request that this Court dismiss this action with prejudice and not allow plaintiff any additional opportunities to comply with the Court Order. Defendants also request that the Court Order plaintiff to grant reasonable attorney's fees pursuant to Fed. R. Civ. P. 37(b).


                      DEFENDANTS

                      RICHARD BLUMENTHAL
                      ATTORNEY GENERAL

                      Richard J. Lynch
                      Assistant Attorney General


BY: _____
     Daniel Shapiro
     Assistant Attorney General
     Federal Bar No. ct20128
     55 Elm Street
     P.O. Box 120
     Hartford, CT  06141-0120
     Tel: (860) 808-5210
     Fax: (860) 808-5385
     E-mail: Daniel.Shapiro@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing **Third Motion for Sanctions** was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 12th day of November, 2003, first class postage prepaid to:

Donald Quirk, Pro Se
Connecticut Valley Hospital
P.O. Box 351
Middletown, CT  06457

_____
Daniel Shapiro
Assistant Attorney General
Federal Bar No. ct20128