United States District Court
District of Connecticut

FILED

Donald Quirk, Plantiff, Plaintiff,
             pro se (96936)

2004 JAN -6  P 2: 27

     v.

Case No. 3:00CV1042 (DJS)
US DISTRICT COURT
BRIDGEPORT CT

Garrel Mullaney, Chief Executive Officer,
et al., Defendants

December 28, 2003

## Motion for Dismissal Without Predjudice

The plaintiff moves this court for a Dismissal Without Prejudice of this action, because

he has been constantly assaulted because he brought this action. And his life has been

constantly placed in danger as a result. During the last assault which occurred in June the

plaintiff was almost killed. The plaintiff also opposes the Defendant's motion for

sanctions. The Defendant's supplied 3 affidavits stating that the plaintiff was allowed to

make copies on a reasonable basis. Two of these affidavits were complete lies. One of the

affiants, Kelly Nichols Johnson, did allow the plaintiff to make copies regularly.

However, when the Plaintiff tried to make copies to satisfy discovery, the Plaintiff was

completely and unequivocally denied access to a copier.

There is no doubt that if the plaintiff had access to commercial copier facilities, he would

have supplied with copies of all discoverable material immediately. Defendant's

discovery requests are also unduly burdensome in that they are impossible to understand,

and would require the plaintiff to produce every document that has been produced

concerning himself in the last 40 years. They seem like they were drawn up for million

dollar corporations and not individuals.

Respectfully submitted

_____
Donald Quirk

_____
Date

1

351 Silver St.
Middletown, Ct. 06457

## Certification

Donald Quirk declares under penalty of perjury that he dropped a copy of this Document in the mail on December 28, 2003, first class postage prepaid, addressed to Daniel Shapiro, P.O. Box 120, Hartford, Ct. 06141.

Signed: _Donald Quirk_    Date: _12/18/03_