UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DONALD QUIRK,
    Plaintiff,

- v -                         CIV. NO. 3:00CV1042(DJS)(TPS)

MULLANEY, et al.,
    Defendants

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO THE COMMISSIONER OF MENTAL HEALTH THOMAS KIRK or THE DIRECTOR OF CONNECTICUT VALLEY HOSPITAL, GREETING:

By authority of the United States of America, you are hereby commanded to bring **DONALD QUIRK**, Inmate # 96936, who is now confined at the Connecticut Valley Hospital, Silver Street, Middletown, Connecticut 06457, before the United States District Court for the District of Connecticut, at 450 Main Street, Hartford, Connecticut, on the 16th day of January, at 9:30 a.m., to participate in a case pending before this court.

Dated at Hartford, Connecticut, this 8th day of January, 2004.

BY ORDER OF THE COURT

THOMAS P. SMITH
UNITED STATES MAGISTRATE JUDGE