UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DONALD QUIRK,
    Plaintiff

v.                                        No. 3:00CV1042 (DJS)(TPS)

GARRELL MULLANEY, et al.,
    Defendant

### ORDER TO PRODUCE

**DANIEL SHAPIRO**, Assistant Attorney General of the State of Connecticut, is hereby ordered to produce the plaintiff, **DONALD QUIRK**, currently confined at the Connecticut Valley Hospital, Silver Street, Middletown, Connecticut 06457, before The Honorable Thomas P. Smith, United States Magistrate Judge, at the U.S. Courthouse, 450 Main Street, Hartford, Connecticut, on January 16th, 2004, at 9:30 A.M. to attend a hearing on the defendant's Motion for Sanctions and other pending motions.

    IT IS SO ORDERED.

    Dated at Hartford, Connecticut this 8th day of January, 2004

                                  Thomas P. Smith
                                  United States Magistrate Judge