UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DONALD QUIRK**<br>    **Plaintiff** | **:** |
| v. | **:  CIVIL NO.: 3:00cv1042(DJS)** |
| **GARREL MULLANEY, CEO/O, ET AL**<br>    **Defendants** | **:** |

### ORDER

Upon a full and *de novo* review and pursuant to 28 U.S.C. § 636(b)(1)(B) and Rule 72.2(b) of the Local Rules for United States Magistrate Judges (D. Conn.), Magistrate Judge Thomas P. Smith's Recommended Ruling (Doc. #184), is **APPROVED** and **ADOPTED** as the Ruling of this Court, absent objection.

**IT IS SO ORDERED**.

Dated at Hartford, Connecticut, this __10th__ day of February, 2004.


　　　　　　　　　　　　　　　　　　　　/s/DJS
　　　　　　　　　　　　　　　　　　　Dominic J. Squatrito
　　　　　　　　　　　　　　　　　　　United States District Judge