UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DONALD QUIRK

v.

GARRELL MULLANEY
JAMES CASSIDY
DENISE RIBBLE
MARILYN STUART
SEAN HART
ISREAL MARTINEZ
BARBARA GOODMAN

PRISONER
Case No. 3:00cv1042 (DJS)(TPS)

## J U D G M E N T

This cause came on for consideration of the defendants' motion to dismiss before the Honorable Dominic J. Squatrito, United States District Judge.

The Court has considered the motion and all the related papers. On September 28, 2001, the Court granted in part and denied in part the motion and dismissed all claims for monetary damages against the defendants in their official capacities. On February 27, 2002, the Court granted the plaintiff's motion to dismiss the action as to defendants Ribble and Martinez without prejudice pursuant to Rule 41(a), Fed. R. Civ. P.

On January 16, 2004, the Honorable Thomas P. Smith, United States Magistrate Judge considered the defendants' third motion for sanctions and all the related papers and heard argument. On January 21, 2004, the Court filed its Recommended Ruling on Defendants' Third Motion for Sanctions granting the motion and ordering that the case be dismissed.

On February 10, 2004, the Honorable Dominic J. Squatrito, United States District Judge Approved and Adopted the Magistrate Judge's recommended ruling, after review and absent objection.

Therefore, it is **ORDERED** and **ADJUDGED** that the amended complaint is dismissed and the matter is closed.

Dated at Bridgeport, Connecticut this 11th of February, 2004.

                                                KEVIN F. ROWE, Clerk

                                                By____s/s Cynthia Earle____
                                                      Cynthia Earle
                                                        Deputy Clerk

Entered on the Docket _____